[No. 15549-8-III.   Division Three.   March 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN TODD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 95-1-00031-2, Fred L. Stewart, J., entered February 20, 1996. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 15950-7-III.   Division Three.   March 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY D. HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-1-00045-1, John E. Bridges, J., entered July 10, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16102-1-III.   Division Three.   March 17, 1998.]

IRIS VAN DORN, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-01377-0, Richard J. Schroeder, J., entered August 27, 1996. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16240-1-III.   Division Three.   March 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS A. ALANIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-8-00133-6, John M. Lyden, J., entered November 6, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.